**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

------------------------------------------------------------------ x

HARON COLE, on behalf of himself and all
others similarly situated,

      Plaintiffs,

    v.

Chip's Liquor, LLC,

      Defendant.

------------------------------------------------------------------ x

Case no. 1:25-cv-12111

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

  **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

  Dated: January 23, 2026

        EQUAL ACCESS LAW GROUP, PLLC
        *Attorneys for Plaintiff*

        **/s/ David B. Reyes**
        By: David B. Reyes, Esq.
        68-29 Main Street,
        Flushing, NY 11367
        O: (844) 731-3343
        C: (718) 554-0237
        Email: Dreyes@ealg.law